# COMPLAINT EXHIBIT B

**Senate Committee on Redistricting**
**Wednesday, June 10, 2015, 11:30 AM**
**544 Legislative Office Building**

## AGENDA

**Welcome and Opening Remarks**

**Introduction of Pages**

**Bills**

| BILL NO. | SHORT TITLE | SPONSOR |
|----------|-------------|---------|
| HB 263 | City of Trinity Terms of Election. | Representative Hurley |

**Adjournment**