# COMPLAINT EXHIBIT C

