# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# CIVIL ACTION NO. 1:15-CV-559

| | |
|---|---|
| THE CITY OF GREENSBORO, LEWIS A. BRANDON III, JOYCE JOHNSON, NELSON JOHNSON, RICHARD ALAN KORITZ, SANDRA SELF KORITZ, AND CHARLI MAE SYKES,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>THE GUILFORD COUNTY BOARD OF ELECTIONS,<br><br>　　　　　Defendant. | **[PROPOSED] TEMPORARY RESTRAINING ORDER** |

　　THIS MATTER is before the Court on Plaintiffs' Motion for a Temporary Restraining Order filed pursuant to Rule 65 of the Federal Rules of Civil Procedure. The Court understands that Plaintiffs have provided notice of their Motion to Counsel for Defendants, as well as the North Carolina Department of Justice pursuant to N.C. Gen. Stat. § 1-260.

　　Having reviewed the materials and arguments presented to the Court, the Court finds that the Plaintiffs are likely to succeed on the merits of their claims that Session Law 2015-138 violates Plaintiffs' equal protection rights guaranteed by the Fourteenth Amendment to the United States Constitution; that Plaintiffs, in the absence of preliminary relief, are likely to suffer the irreparable harm of the loss of their

constitutional rights; that the balance of equities tips in Plaintiffs' favor; and that injunctive relief is in the public interest.

Specifically, the Court finds that if the election process for Greensboro municipal officials, as newly established by House Bill 263, is allowed to begin on July 27, 2015, then municipal candidates will file in the new districts that are challenged in this action, and it will become difficult, if not impossible, to unwind the election process upon a later conclusion that the process violates Plaintiffs' constitutional rights.

Accordingly, the Court GRANTS Plaintiff's Motion for a Temporary Restraining Order and hereby ORDERS that Defendant and its agents, officers, and employees are enjoined from enforcing, implementing, or giving any effect to Session Law 2015-138 in its entirety. The Court requires that Plaintiffs give security in the amount of $0 in connection with this Order.

This Order shall expire within fourteen (14) days of its issuance unless otherwise ordered by the Court. The Court will schedule a hearing on Plaintiffs' Motion for Preliminary Injunction at the earliest reasonable time within fourteen days of the issuance of this Order.

SO ORDERED, at _____ O'clock on this the ____ day of July, 2015.

_____
United States District Court Judge