IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:15-CV-559

| | |
|---|---|
| CITY OF GREENSBORO, et al., | ) |
| Plaintiffs, | ) |
| v. | ) DECLARATION OF MELVIN ALSTON |
| GUILFORD COUNTY BOARD OF ELECTIONS, | ) |
| Defendant. | ) |

I, Melvin Alston, declare and state as follows for the record of the above-referenced case:

1. I am over the age of eighteen years, competent, and have personal knowledge of the facts set forth in this declaration.

2. I am a longtime resident of the City of Greensboro and reside presently at 2705 West Vandalia Road, Greensboro, North Carolina, 27407.

3. I co-founded the Greensboro-based International Civil Rights Center and Museum, and currently serve on the Board of Directors along with Earl Jones and Hurley Derrickson.

4. I was formerly the President of the North Carolina State Conference of the NAACP. I served for nine years as President. I also served on the National Board of Directors of the NAACP for six years.

5. I served on the Guilford County Board of Commissioners for twenty-years and served five years as Chairman of the Board of Commissioners. I was the first African-American to serve as Chairman of the Board of Commissioners.

6. I presently reside in the newly created District 4 for the Greensboro City Council.

7. I am concerned that our rights are not being adequately represented by the Guilford County Board of Elections of the North Carolina Attorney General. I support the new voting districts promulgated under the Greensboro Act because I believe it gives a voice to underrepresented communities in the City of Greensboro.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. Sec. 1746. This 24th day of August, 2015.

*[signature]*
Melvin Alston

{N0043307.DOCX; 2}