IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:15-CV-559

| | |
|---|---|
| CITY OF GREENSBORO, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | MOTION TO DISMISS CITY OF GREENSBORO |
| ) | PURSUANT TO FED R. CIV. P. 12(b)(1) |
| GUILFORD COUNTY BOARD OF ) | |
| ELECTIONS, ) | |
| ) | |
| Defendant. ) | |

Melvin Alston, Jean Brown, Hurley Derrickson, Stephen Golimowski, Wayne Goodson, Earl Jones, Sharon Kasica, Jim Kee, and William Clark Porter ("Intervenors") file this Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) as the Court lacks subject-matter jurisdiction to hear this claim because the Plaintiff City of Greensboro lacks standing to bring this action. Intervernors have filed a memorandum of law in support of this motion contemporaneously herewith. Intervenors request a hearing on this matter before the Court.

WHEREFORE, Intervenors respectfully requests that this Court dismiss all claims asserted by the City of Greensboro in this action for lack of standing pursuant to Fed. R. Civ. P. 12(b)(1).

This 25th day of August, 2015

    NARRON, O'HALE AND
    WHITTINGTON, P.A.

    By: /s/ Benton G. Sawrey
    Benton G. Sawrey (#46379)
    *Attorney for Intervenor-Defendants*
    Post Office Box 1567
    Smithfield, NC 27577
    Tel: (919) 934-6021
    Fax: (919) 934-6280
    bsawrey@nowlaw.com

CERTIFICATE OF SERVICE

The undersigned attorney certifies that this day he has electronically filed the foregoing Motion to Dismiss in the above-titled action with the Clerk of Court using the CM/ECF system, which provided notice of such filing to:

Mark Payne, County Attorney
Guilford County Attorney's Office
Attorney for Defendant Guilford County Board of Elections
PO Box 3427
Greensboro, NC 27402

Jim W. Phillips, Jr.
Brooks, Pierce, McLendon, Humphrey & Leonard, LLP
Attorney for City of Greensboro
Post Office Box 26000
Greensboro, N.C. 27420-6000

Julia C. Ambrose
Brooks, Pierce, McLendon, Humphrey & Leonard, LLP
Attorney for City of Greensboro
Post Office Box 26000
Greensboro, N.C. 27420-6000

Daniel F.E. Smith
Brooks, Pierce, McLendon, Humphrey & Leonard, LLP
Attorney for City of Greensboro
Post Office Box 26000
Greensboro, N.C. 27420-6000

Anita S. Earls
Southern Coalition for Justice
Attorney for Plaintiffs Brandon, Johnson, Johnson, Koritz and Koritz
1415 West Highway 54, Suite 101
Durham, N.C. 27707

Anita S. Earls
Southern Coalition for Justice
Attorney for Plaintiffs Brandon, Johnson, Johnson, Koritz and Koritz
1415 West Highway 54, Suite 101
Durham, N.C. 27707

Respectfully submitted this 25th day of August, 2015

/s/ Benton G. Sawrey
Benton G. Sawrey

{N0043356.DOCX; 3}