IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:15-CV-559

CITY OF GREENSBORO, LEWIS A. )
BRANDON III, JOYCE JOHNSON, )
NELSON JOHNSON, RICHARD )
ALAN KORITZ, SANDRA SELF )
KORITZ, AND CHARLI MAE SYKES )
)
        Plaintiffs, )
)
v. ) [Amended]
) DECLARATION OF MELVIN
) ALSTON
GUILFORD COUNTY BOARD OF )
ELECTIONS, )
)
        Defendant. )

I, Melvin Alston, declare and state as follows for the record of the above-referenced case:

1. I am over the age of eighteen years, competent, and have personal knowledge of the facts set forth in this declaration.

2. I am a longtime resident of the City of Greensboro and reside presently at 2705 West Vandalia Road, Greensboro, North Carolina, 27407.

3. I co-founded the Greensboro-based International Civil Rights Center and Museum, and currently serve on the Board of Directors along with Earl Jones and Hurley Derrickson.

{N0043307.DOCX; 4}

4. I was formerly the President of the North Carolina State Conference of the NAACP. I served for nine years as President. I also served on the National Board of Directors of the NAACP for six years.

5. I served on the Guilford County Board of Commissioners for twenty-years and served five years as Chairman of the Board of Commissioners. I was the first African-American to serve as Chairman of the Board of Commissioners.

6. I presently reside in the newly created District 4 for the Greensboro City Council.

7. I am concerned that our rights are not being adequately represented by the Guilford County Board of Elections or the North Carolina Attorney General. I support the new voting districts promulgated under the Greensboro Act because I believe it gives a voice to underrepresented communities in the City of Greensboro.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. Sec. 1746. This declaration was executed previously and submitted on August 25, 2015, and amended subsequently on September 2nd, 2015 in order to comply with local rules on form. This 2nd day of September, 2015.

*Melvin Alston*

CERTIFICATE OF SERVICE

The undersigned attorney certifies that this day he has electronically filed the foregoing Amended Declaration of Melvin Alston in the above-titled action with the Clerk of Court using the CM/ECF system, which provided notice of such filing to:

Mark Payne, County Attorney
Guilford County Attorney's Office
Attorney for Defendant Guilford County Board of Elections
PO Box 3427
Greensboro, NC 27402

Jim W. Phillips, Jr.
Brooks, Pierce, McLendon, Humphrey & Leonard, LLP
Attorney for City of Greensboro
Post Office Box 26000
Greensboro, N.C. 27420-6000

Julia C. Ambrose
Brooks, Pierce, McLendon, Humphrey & Leonard, LLP
Attorney for City of Greensboro
Post Office Box 26000
Greensboro, N.C. 27420-6000

Daniel F.E. Smith
Brooks, Pierce, McLendon, Humphrey & Leonard, LLP
Attorney for City of Greensboro
Post Office Box 26000
Greensboro, N.C. 27420-6000

Anita S. Earls
Southern Coalition for Justice
Attorney for Plaintiffs Brandon, Johnson, Johnson, Koritz and Koritz
1415 West Highway 54, Suite 101
Durham, N.C. 27707

{N0043307.DOCX; 4}

Allison J. Riggs
Southern Coalition for Justice
Attorney for Plaintiffs Brandon, Johnson, Johnson, Koritz and Koritz
1415 West Highway 54, Suite 101
Durham, N.C. 27707

Respectfully submitted this 2nd day of September, 2015.

/s/ Benton G. Sawrey
Benton G. Sawrey

{N0043307.DOCX; 4}