IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

THE CITY OF GREENSBORO, et al.,    )
                                    )
            Plaintiffs,             )
                                    )
v.                                  )        1:15CV559
                                    )
GUILFORD COUNTY BOARD OF            )
ELECTIONS, et al.,                  )
                                    )
            Defendants.             )

## ORDER APPROVING JOINT RULE 26(f) REPORT

The Court has reviewed the Joint Rule 26(f) Report (Docket Entry 56) submitted by the parties and approves it without modification.

_____
Joe L. Webster
United States Magistrate Judge

Date: December 18, 2015