# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

THE CITY OF GREENSBORO,           )
LEWIS A. BRANDON III, JOYCE       )
JOHNSON, NELSON JOHNSON,          )
RICHARD ALAN KORITZ,              )
SANDRA SELF KORITZ, CHARLI        )
MAE SYKES, MAURICE WARREN         )
II, and GEORGEANNA BUTLER         )
WOMACK,                           )
                                  )        No. 1:15-cv-559
            *Plaintiffs*,         )
                                  )
v.                                )
                                  )
THE GUILFORD COUNTY               )
BOARD OF ELECTIONS,               )
                                  )
            *Defendant*.          )
                                  )

## JOINT STIPULATIONS OF FACT

The parties jointly stipulate to the following facts:

*City of Greensboro population data*

1.      The City of Greensboro is a municipal corporation organized and existing

under the laws of North Carolina and located in Guilford County, North Carolina.  *See*

Greensboro City Charter Chapter I, § 1.01.

2.      As of the 2010 Census, Greensboro was the third-largest city in North

Carolina.  City of Greensboro Trends at 5, City of Greensboro, http://www.greensboro-

nc.gov/modules/showdocument.aspx?documentid=10421 (last visited Jan. 13, 2017).

3.      The city limits of Greensboro are as follows:



City Limits Map, City of Greensboro (2016).

4.     In 2000, the population of Greensboro was 223,891. City of Greensboro

Trends at 7, City of Greensboro, http://www.greensboro-

nc.gov/modules/showdocument.aspx?documentid=10421 (last visited Dec. 29, 2016).

5.     In 2010, the population of Greensboro was 269,666. Census 2010 Profile,

City of Greensboro, http://www.greensboro-

nc.gov/modules/showdocument.aspx?documentid=5375 (last visited Dec. 29, 2016).

6.     As of July 1, 2015, federal census estimates projected that the City of

Greensboro had a current population of 285,342. QuickFacts: Greensboro city, North

Carolina, U.S. Census Bureau,

http://www.census.gov/quickfacts/table/PST045215/3728000 (Dec. 29, 2016).

7.     As of the 2010 Census, the racial makeup of the city's residents was as follows: 48.4% white, 40.6% African-American, 4.0% Asian, 2.6% two or more races, and 0.5% American Indian or Alaska Native.  QuickFacts: Greensboro city, North Carolina, U.S. Census Bureau,

http://www.census.gov/quickfacts/table/POP010210/3728000,37 (last visited Dec. 29, 2016).

8.     As of the 2010 Census, 7.5% of the city's residents identified their ethnicity as Hispanic or Latino.  *Id.*

9.     As of 2015, Greensboro's voters were registered 55.66% Democrat, 22.84% Republican, 21.35% unaffiliated, and 0.15% Libertarian.  Stat Pack for Conference Report to House Bill 263 at 4, North Carolina General Assembly (July 1, 2015),

http://ncleg.net/Applications/BillLookUp/LoadBillDocument.aspx?SessionCode=2015&DocNum=5583&SeqNum=2.

*Greensboro City Council election data*

10.     Greensboro is governed by the council-manager form of government.  The City of Greensboro, City Council, http://www.greensboro-nc.gov/index.aspx?page=84 (last visited Dec. 29, 2016).

3

11. The Greensboro City Council is a nonpartisan body consisting of a mayor and eight council members. *Id.*

12. Until 1983, the mayor and all council members were elected at large in citywide elections. March 12 Redistricting Meeting Presentation at 2, City of Greensboro, http://www.greensboro-nc.gov/modules/showdocument.aspx ?documentid=710 (last visited Dec. 29, 2016).

13. Beginning in 1983, the mayor and three council members have been elected at large in citywide elections, and five council members have been elected from single-member districts. *See* City Council, City of Greensboro, http://www.greensboro-nc.gov/index.aspx?page=84 (last visited Dec. 29, 2016).

14. Since 1983, the mayor and all eight council members have been elected to two-year terms. *See id.*

15. In 2015, the Greensboro City Council voted to amend the city charter to extend the mayor's and all eight council members' terms from two to four years effective beginning with representatives elected in the 2017 municipal election, subject to approval in a referendum by a majority of the city's voters. *See* Resolution Calling for a Referendum on an Ordinance to Amend Subchapter C – General Elections, Section 2.41 (1) and (3) of the Greensboro City Charter to Change the Terms of Office from Two (2) Years to Fours (4) Years, City of Greensboro, https://greensboro.legistar.com/View.ashx?M=F&ID=3661145&GUID=9E8BEC39-7FF9-41F3-A8B0-F6BE2C0BBC68 (last visited Dec. 29, 2016).

4

16. In November 2015, Greensboro voters in a citywide referendum approved extending the mayor's and all eight council members' terms from two to four years beginning with representatives elected in the 2017 municipal election. Official Election Results for November 2015 General Election at 20, Guilford County Board of Elections (Nov. 10, 2015), http://uploads.myguilford.com/docs/elections/vt110315%20precinct.PDF.

17. The Greensboro City Council last adjusted its single-member district boundaries in 2011, following the return of the 2010 Census. *See* Redistricting 2011, City of Greensboro, http://www.greensboro-nc.gov/index.aspx?page=89 (last visited Dec. 29, 2016).

18. The current city council districts and incumbents are as follows:



City of Greensboro Council District Map 2016, City of Greensboro,

http://www.greensboro-nc.gov/Modules/ShowDocument.aspx?documentid=740 (last

visited Dec. 29, 2016).

     19.    The current members of the Greensboro City Council, their races and

political party affiliations, and the districts from which they were elected are as follows:

| Name | Race | Partisan Affiliation | Elected in District |
|------|------|---------------------|---------------------|
| Sharon Hightower | Black | Democrat | 1 |
| Jamal Fox | Black | Democrat | 2 |
| Justin Outling | Black | Democrat | 3 |
| Nancy Hoffmann | White | Democrat | 4 |
| Tony Wilkins | White | Republican | 5 |
| Yvonne Johnson | Black | Democrat | At Large |

6

| Marikay Abuzuaiter | White | Democrat | At Large |
| Mike Barber | White | Democrat | At Large |
| Nancy Vaughan | White | Democrat | Mayor |

*See* City Council, City of Greensboro, http://www.greensboro-nc.gov/index.aspx?page=84 (last visited Dec. 29, 2016); NC Public Voter Search, North Carolina State Board of Elections, https://vt.ncsbe.gov/voter_search_public (last visited Dec. 29, 2016).

  20.  The street addresses and precinct assignments of incumbent Greensboro City Council members in 2015 were as follows:

| Name | Address | Precinct |
| --- | --- | --- |
| Sharon Hightower | 6 Belles Court | G71 |
| Jamal Fox | 2026 Chapel Park Lane | G09 |
| Zack Matheny | 3204 Round Hill Road | G22 |
| Justin Outling | 5 Magnolia Court | G11 |
| Nancy Hoffmann | 57 Folkstone Drive | G35 |
| Tony Wilkins | 5902 Weston Drive | G66 |
| Yvonne Johnson | 4311 King Arthur Place | G06 |
| Marikay Abuzuaiter | 3601 Brassfield Oaks Drive | G40B |
| Mike Barber | 408 Hobbs Road | G16 |
| Nancy Vaughan | 902 Sunset Drive | G18 |

*See* City Council, City of Greensboro, http://www.greensboro-nc.gov/index.aspx?page=84 (last visited Dec. 29, 2016); NC Public Voter Search, North Carolina State Board of Elections, https://vt.ncsbe.gov/voter_search_public (last visited Dec. 29, 2016).

21.     Greensboro City Council members elected from 1999 through 2015, their races and political party registrations, and the districts from which they were elected are as follows:

| Year | District | Name | Race | Partisan Affiliation |
|------|----------|------|------|----------------------|
| 1999 | 1 | Earl Jones | Black | Democrat |
| 1999 | 2 | Claudette Burroughs-White | Black | Democrat |
| 1999 | 3 | Robbie Perkins | White | Republican |
| 1999 | 4 | Nancy Vaughan | White | Republican |
| 1999 | 5 | Sandy Carmany | White | Democrat |
| 1999 | At Large | Yvonne Johnson | Black | Democrat |
| 1999 | At Large | Don Vaughan | White | Democrat |
| 1999 | At Large | Tom Phillips | White | Unaffiliated |
| 1999 | Mayor | Keith Holliday | White | Democrat |
| 2001 | 1 | Belvin Jessup | Black | Democrat |
| 2001 | 2 | Claudette Burroughs-White | Black | Democrat |
| 2001 | 3 | Robbie Perkins | White | Republican |
| 2001 | 4 | Florence Gatten | White | Democrat |
| 2001 | 5 | Sandy Carmany | White | Democrat |
| 2001 | At Large | Yvonne Johnson | Black | Democrat |
| 2001 | At Large | Don Vaughan | White | Democrat |
| 2001 | At Large | Tom Phillips | White | Unaffiliated |
| 2001 | Mayor | Keith Holliday | White | Democrat |
| 2003 | 1 | Dianne Bellamy-Small | Black | Democrat |
| 2003 | 2 | Claudette Burroughs-White | Black | Democrat |
| 2003 | 3 | Robbie Perkins | White | Republican |
| 2003 | 4 | Florence Gatten | White | Democrat |
| 2003 | 5 | Sandy Carmany | White | Democrat |
| 2003 | At Large | Yvonne Johnson | Black | Democrat |
| 2003 | At Large | Don Vaughn | White | Democrat |
| 2003 | At Large | Tom Phillips | White | Unaffiliated |
| 2003 | Mayor | Keith Holliday | White | Democrat |
| 2005 | 1 | Dianne Bellamy-Small | Black | Democrat |
| 2005 | 2 | Goldie Wells | Black | Democrat |

8

| 2005 | 3 | Tom Phillips | White | Unaffiliated |
|------|---|-------------|-------|--------------|
| 2005 | 4 | Mike Barber | White | Democrat |
| 2005 | 5 | Sandy Carmany | White | Democrat |
| 2005 | At Large | Sandra Anderson-Groat | White | Democrat |
| 2005 | At Large | Yvonne Johnson | Black | Democrat |
| 2005 | At Large | Florence Gatten | White | Democrat |
| 2005 | Mayor | Keith Holliday | White | Democrat |
| 2007 | 1 | Dianne Bellamy-Small | Black | Democrat |
| 2007 | 2 | Goldie Wells | Black | Democrat |
| 2007 | 3 | Zack Matheny | White | Republican |
| 2007 | 4 | Mike Barber | White | Democrat |
| 2007 | 5 | Trudy Wade | White | Republican |
| 2007 | At Large | Sandra Anderson-Groat | White | Democrat |
| 2007 | At Large | Robbie Perkins | White | Republican |
| 2007 | At Large | Mary Rakestraw | White | Republican |
| 2007 | Mayor | Yvonne Johnson | Black | Democrat |
| 2009 | 1 | Dianne Bellamy-Small | Black | Democrat |
| 2009 | 2 | Jim Kee | Black | Democrat |
| 2009 | 3 | Zack Matheny | White | Republican |
| 2009 | 4 | Mary Rakestraw | White | Republican |
| 2009 | 5 | Trudy Wade | White | Republican |
| 2009 | At Large | Nancy Vaughan | White | Republican |
| 2009 | At Large | Robbie Perkins | White | Republican |
| 2009 | At Large | Danny Thompson | White | Republican |
| 2009 | Mayor | Bob Knight | White | Republican |
| 2011 | 1 | Dianne Bellamy-Small | Black | Democrat |
| 2011 | 2 | Jim Kee | Black | Democrat |
| 2011 | 3 | Zack Matheny | White | Republican |
| 2011 | 4 | Nancy Hoffmann | White | Democrat |
| 2011 | 5 | Trudy Wade | White | Republican |
| 2011 | At Large | Yvonne Johnson | Black | Democrat |
| 2011 | At Large | Nancy Vaughan | White | Unaffiliated |
| 2011 | At Large | Marikay Abuzuaiter | White | Democrat |
| 2011 | Mayor | Robbie Perkins | White | Republican |
| 2013 | 1 | Sharon Hightower | Black | Democrat |
| 2013 | 2 | Jamal Fox | Black | Democrat |
| 2013 | 3 | Zack Matheny | White | Republican |

9

| 2013 | 4 | Nancy Hoffmann | White | Democrat |
|------|-----|----------------|-------|----------|
| 2013 | 5 | Tony Wilkins | White | Republican |
| 2013 | At Large | Yvonne Johnson | Black | Democrat |
| 2013 | At Large | Mike Barber | White | Democrat |
| 2013 | At Large | Marikay Abuzuaiter | White | Democrat |
| 2013 | Mayor | Nancy Vaughan | White | Democrat |
| 2015 | 1 | Sharon Hightower | Black | Democrat |
| 2015 | 2 | Jamal Fox | Black | Democrat |
| 2015 | 3 | Justin Outling | Black | Democrat |
| 2015 | 4 | Nancy Hoffmann | White | Democrat |
| 2015 | 5 | Tony Wilkins | White | Republican |
| 2015 | At Large | Yvonne Johnson | Black | Democrat |
| 2015 | At Large | Marikay Abuzuaiter | White | Democrat |
| 2015 | At Large | Mike Barber | White | Democrat |
| 2015 | Mayor | Nancy Vaughan | White | Democrat |

General Election Results, Guilford County Board of Elections, (last visited Dec. 29, 2016) (see Mayoral and City Council Elections on Nov. 2, 1999; Nov. 6, 2001; Nov. 4, 2003; Nov. 8, 2005; Nov. 6, 2007; Nov. 3, 2009; Nov. 8, 2011; Nov. 5, 2013; and Nov. 3, 2015); NC Public Voter Search, North Carolina State Board of Elections, https://vt.ncsbe.gov/voter_search_public (last visited Dec. 29, 2016).

    22.    Total expenditures listed on year-end campaign finance reports for Greensboro City Council members for 2011, 2013, and 2015 and the districts from which they were elected are as follows:

| Year | Elected in District | Name | Total Year-End Expenditures for Election Cycle |
|------|---------------------|------|-----------------------------------------------|
| 2011 | 1 | Dianne Bellamy-Small | None listed |
| 2011 | 2 | Jim Kee | $10,290.16 |
| 2011 | 3 | Zac Matheny | $14,487.06 |
| 2011 | 4 | Nancy Hoffmann | $47,507.22 |
| 2011 | 5 | Trudy Wade | $8,774.95 |
| 2011 | At Large | Yvonne Johnson | $39,159.32 |

10

| 2011 | At Large | Nancy Vaughan | $13,011.33 |
|------|----------|---------------|-----------|
| 2011 | At Large | Marikay Abuzuaiter | $4,829.57 |
| 2011 | Mayor | Robbie Perkins | $90,456.84 |
| 2013 | 1 | Sharon Hightower | None listed |
| 2013 | 2 | Jamal Fox | None listed |
| 2013 | 3 | Zac Matheny | $47,969.39 |
| 2013 | 4 | Nancy Hoffmann | $50,863.18 |
| 2013 | 5 | Tony Wilkins | $8,835.36 |
| 2013 | At Large | Yvonne Johnson | $16,571.81 |
| 2013 | At Large | Marikay Abuzuaiter | $6,694.60 |
| 2013 | At Large | Mike Barber | $31,158.62 |
| 2013 | Mayor | Nancy Vaughan | $67,927.41 |
| 2015 | 1 | Sharon Hightower | None listed |
| 2015 | 2 | Jamal Fox | $13,410.31 |
| 2015 | 3 | Justin Outling | $33,323.55 |
| 2015 | 4 | Nancy Hoffmann | $53,048.43 |
| 2015 | 5 | Tony Wilkins | $4,699.53 |
| 2015 | At Large | Yvonne Johnson | $16,342.34 |
| 2015 | At Large | Marikay Abuzuaiter | $12,434.67 |
| 2015 | At Large | Mike Barber | $14,054.52 |
| 2015 | Mayor | Nancy Vaughan | $13,352.28 |

*See* Candidate Finance Report Search, Guilford County Board of Elections,

http://candidatereports.myguilford.com (last visited Dec. 29, 2016).

*North Carolina General Assembly terminology and procedures*

23. "Local act" is the North Carolina General Assembly's term for a piece of legislation that has limited application, in that it affects fewer than fifteen counties. Glossary, North Carolina General Assembly, http://ncleg.net/gascripts/Help/KnowledgeBase/viewItem.pl?nID=163 (last visited Dec. 29, 2016).

11

24.     A bill that proposes a local act is referred to as a "local bill."  Overview of the Structure, Legislation & Process of North Carolina's Legislature at 4, UNC School of Government, https://www.sog.unc.edu/sites/www.sog.unc.edu/files/course_materials/General%20Assembly%20Handout%20-%20Master_0.pdf (last accessed Dec. 29, 2016).

25.     Local bills are generally filed by one or more members of the local legislative delegation, which consists of all members of the North Carolina General Assembly who represent the jurisdiction to which the local bill applies. *See id.* at 9.

26.     In 2015, the members of the local legislative delegation for Guilford County, their party affiliations, races, and cities of residence were as follows:

| District | Name | Party affiliation | Race | City of residence |
|----------|------|-------------------|------|-------------------|
| H57 | Rep. Pricey Harrison | Democrat | White | Greensboro |
| H58 | Rep. Ralph Johnson | Democrat | Black | Greensboro |
| H59 | Rep. Jon Hardister | Republican | White | Greensboro |
| H60 | Rep. Cecil Brockman | Democrat | Black | High Point |
| H61 | Rep. John Faircloth | Republican | White | High Point |
| H62 | Rep. John Blust | Republican | White | Greensboro |
| S26 | Sen. Phil Berger | Republican | White | Eden |
| S27 | Sen. Trudy Wade | Republican | White | Greensboro |
| S28 | Sen. Gladys Robinson | Democrat | Black | Greensboro |

*See* Guilford County Representation, 2017-2018 Session, North Carolina General Assembly, http://www.ncleg.net/gascripts/counties/counties.pl?County=Guilford (last visited Dec. 29, 2016) (reflecting that Rep. Amos Quick was elected in 2016 to the seat vacated by deceased District 58 Rep. Ralph Johnson); NC Public Voter Search, North

Carolina State Board of Elections, https://vt.ncsbe.gov/voter_search_public (last visited Dec. 29, 2016).

27. Local bills become law upon ratification by both houses of the General Assembly and do not require the signature of the governor.  How a Law is Made, North Carolina General Assembly, http://www.ncleg.net/NCGAInfo/Bill-Law/bill-law.html (last visited Dec. 29, 2016).

28. The House of Representatives' internal governance rules for the 2015-16 legislative session were adopted on April 2, 2015 as House Resolution 481, short-titled "House Permanent Rules-Final."  House Resolution 481, North Carolina General Assembly, http://www.ncleg.net/gascripts/BillLookUp/BillLookUp.pl?Session=2015&BillID=h481 (last visited Dec. 29, 2016).

29. House Rule 44 for the 2015-16 legislative session states that "[i]n appointing members to conference committees, the Speaker shall appoint no less than a majority of members who generally supported the House position as determined by the Speaker."  *Id.* (adopted edition at 21:46-48).

30. The Senate's internal governance rules for the 2015-16 legislative session were adopted on January 15, 2015 as Senate Resolution 1, short-titled "2015 Senate Permanent Rules."  Senate Resolution 1, North Carolina General Assembly, http://www.ncleg.net/gascripts/BillLookUp/BillLookUp.pl?Session=2015&BillID=S1 (last visited Dec. 29, 2016).

13

*Senate Bill 36*

31.     Senate Bill 36, a local bill short-titled "Greensboro City Council Changes," was filed in the North Carolina General Assembly on February 4, 2015, by Senator Trudy Wade of Guilford County.  Senate Bill 36, North Carolina General Assembly, http://www.ncleg.net/gascripts/BillLookUp/BillLookUp.pl?Session=2015&BillID=sb36 (last visited Dec. 29, 2016).

32.     Senate Bill 36 proposed to restructure and redistrict the Greensboro City Council using seven single-member districts.  *Id.*

33.     A map of the seven single-member districts under Senate Bill 36 is as follows:



Greensboro Council Districts, Senate Bill 36, Edition 1, North Carolina General Assembly, http://ncleg.net/documentsites/committees/senate2015-123/3-10-2015/Greensboro%20Council%20proposed%20map.pdf (last visited Dec. 29, 2016).

34.     On March 5, 2015, the Senate Redistricting Committee first heard public comment on Senate Bill 36. *See* Transcript of March 5, 2015 Meeting of Senate Redistricting Committee.

35.     On March 10, 2015, the Senate Redistricting Committee heard further public comment on Senate Bill 36 and voted to favorably report a committee substitute bill to the full Senate for consideration. *See* Senate Bill 36, North Carolina General Assembly, http://www.ncleg.net/gascripts/BillLookUp/BillLookUp.pl?Session=2015&BillID=sb36 (last visited Dec. 29, 2016).

36.     The Senate Redistricting Committee substitute bill for Senate Bill 36 provided that, "Notwithstanding Part 4 of Article 5 of Chapter 160A of the General Statutes and G.S. 153A-22, the City of Greensboro shall not alter or amend the form of government for the City." Senate Bill 36, Edition 2 at Section 1.(b), North Carolina General Assembly (Mar. 10, 2015), http://www.ncleg.net/Sessions/2015/Bills/Senate/PDF/S36v2.pdf.

37.     On March 11, 2015, the Senate debated and passed Senate Bill 36 on second reading. During the debate, an amendment by Senator Gladys Robinson of Guilford County to add a referendum to the bill was tabled. *Id.*; Senate Bill 36, Amendment 1, North Carolina General Assembly,

15

http://www.ncleg.net/Applications/BillLookUp/LoadBillDocument.aspx?SessionCode=2015&DocNum=1037&SeqNum=0 (last visited Dec. 29, 2016).

38. On March 12, 2015, Senate Bill 36 passed its third reading in the Senate and was sent to the House. Senate Bill 36, North Carolina General Assembly, http://www.ncleg.net/gascripts/BillLookUp/BillLookUp.pl?Session=2015&BillID=sb36 (last visited Dec. 29, 2016).

39. Individual senators' votes on Senate Bill 36 on second reading, broken down by political party registration and race, were as follows:

| Senator | Vote | Party registration | Race |
|---------|------|--------------------|------|
| Alexander | Aye | Republican | White |
| Apodaca | Aye | Republican | White |
| B. Jackson | Aye | Republican | White |
| Barefoot | Aye | Republican | White |
| Barringer | Aye | Republican | White |
| Berger | Aye | Republican | White |
| Bingham | Aye | Republican | White |
| Brock | Aye | Republican | White |
| Brown | Aye | Republican | White |
| Cook | Aye | Republican | White |
| Gunn | Aye | Republican | White |
| Harrington | Aye | Republican | White |
| Hartsell | Aye | Republican | White |
| Hise | Aye | Republican | White |
| Krawiec | Aye | Republican | White |
| Lee | Aye | Republican | White |
| McInnis | Aye | Republican | White |
| Meredith | Aye | Republican | White |
| Newton | Aye | Republican | White |
| Pate | Aye | Republican | White |
| Rabin | Aye | Republican | White |
| Randleman | Aye | Republican | White |

| | | | |
|---|---|---|---|
| Sanderson | Aye | Republican | White |
| Soucek | Aye | Republican | White |
| Tarte | Aye | Republican | White |
| Tillman | Aye | Republican | White |
| Tucker | Aye | Republican | White |
| Wade | Aye | Republican | White |
| Wells | Aye | Republican | White |
| Blue | No | Democrat | Black |
| Bryant | No | Democrat | Black |
| Clark | No | Democrat | Black |
| D. Davis | No | Democrat | Black |
| Ford | No | Democrat | Black |
| Foushee | No | Democrat | Black |
| J. Jackson | No | Democrat | White |
| Lowe | No | Democrat | Black |
| McKissick | No | Democrat | Black |
| Robinson | No | Democrat | Black |
| Smith | No | Democrat | White |
| Smith-Ingram | No | Democrat | Black |
| Stein | No | Democrat | White |
| Van Duyn | No | Democrat | White |
| Waddell | No | Democrat | Black |
| Woodard | No | Democrat | White |
| Daniel | Not Voting | Republican | White |
| Rucho | Not Voting | Republican | White |
| Curtis | Absent | Republican | White |
| J. Davis | Absent | Republican | White |
| Rabon | Absent | Republican | White |

Senate Roll Call Vote, Senate Bill 36, North Carolina General Assembly,

http://ncleg.net/gascripts/voteHistory/RollCallVoteTranscript.pl?sSession=2015&sCham

ber=S&RCS=31 (last visited Dec. 29, 2016); NC Public Voter Search, North Carolina

State Board of Elections, https://vt.ncsbe.gov/voter_search_public (last visited Dec. 29, 2016).

40.    On March 17, 2015, the bill passed its first reading in the House and was referred to the House Elections Committee.  Senate Bill 36, North Carolina General Assembly, http://www.ncleg.net/gascripts/BillLookUp/BillLookUp.pl?Session=2015&BillID=sb36 (last visited Dec. 29, 2016).

41.    No further action was taken on Senate Bill 36 during the 2015-16 legislative session.  *Id.*

*House Bill 263*

42.    House Bill 263, short-titled "City of Trinity Terms of Election," was filed in the North Carolina General Assembly on March 17, 2015 by Representative Pat Hurley of Randolph County.  House Bill 263, North Carolina General Assembly, http://www.ncleg.net/gascripts/BillLookUp/BillLookUp.pl?Session=2015&BillID=hb+263&submitButton=Go (last visited Dec. 29, 2016).

43.    At the time of filing, House Bill 263 contained provisions relating only to the Trinity City Council.  *Id.*  The bill reduced the size of the council from eight members elected from multi-member districts to five members, four of whom would be elected from single-member districts and one of whom would be elected at large.  *Id.*

44.    House Bill 263 was heard in the House Local Government Committee and received a favorable report on March 26, 2015.  *Id.*

18

45.     House Bill 263 passed its second and third readings in the House on March 30, 2015 and was sent to the Senate the next day, where it was referred to the Senate State and Local Government Committee. *Id.*

46.     On May 6, 2015, House Bill 263 was withdrawn from the Senate State and Local Government Committee and re-referred to the Senate Redistricting Committee. *Id.*

47.     On June 9, 2015, the Senate Redistricting Committee provided public notice that a committee meeting was scheduled for the morning of June 10, 2015 to discuss House Bill 263. *See* Minutes of June 10, 2015 Meeting of Senate Redistricting Committee.

48.     On June 10, 2015, the Senate Redistricting Committee considered and favorably reported a committee substitute bill for House Bill 263, short-titled "City Elections / Trinity and Greensboro." House Bill 263, North Carolina General Assembly, http://www.ncleg.net/gascripts/BillLookUp/BillLookUp.pl?Session=2015&BillID=hb+263&submitButton=Go (last visited Dec. 29, 2016).

49.     The committee substitute bill amended House Bill 263 to substantially include the contents of Senate Bill 36 in addition to House Bill 263's original provisions, all of which had pertained to the Trinity City Council. House Bill 263, Proposed Senate Committee Substitute, North Carolina General Assembly, http://www.ncleg.net/Applications/BillLookUp/LoadBillDocument.aspx?SessionCode=2015&DocNum=5198&SeqNum=0 (last visited Dec. 29, 2016).

19

50.     The seven single-member district boundaries and population deviations in the committee substitute bill for House Bill 263 were identical to those in Senate Bill 36. *Id.*

51.     The committee substitute bill for House Bill 263 provided that, "Notwithstanding Part 4 of Article 5 of Chapter 160A of the General Statutes and G.S. 160A-23, the City of Greensboro shall not alter or amend the form of government for the City until after the return of the 2020 federal decennial Census."  House Bill 263, Edition 2 at Section 2.(b), North Carolina General Assembly (June 10, 2015), http://www.ncleg.net/Sessions/2015/Bills/House/PDF/H263v2.pdf.

52.     During the committee's consideration of the committee substitute bill for House Bill 263, Senator Trudy Wade explained the Greensboro provisions of the amended bill to the committee.  *Id.*; *see* Transcript of June 10, 2015 Meeting of Senate Redistricting Committee.

53.     The Senate Redistricting Committee heard no public comment on the committee substitute bill for House Bill 263. *See* Transcript of June 10, 2015 Meeting of Senate Redistricting Committee.

54.     On June 11, 2015, the Senate considered and passed the committee substitute bill to House Bill 263 on second and third reading.  House Bill 263, North Carolina General Assembly, http://www.ncleg.net/gascripts/BillLookUp/BillLookUp.pl?Session=2015&BillID=hb+2 63&submitButton=Go (last visited Dec. 29, 2016).

Case 1:15-cv-00559-CCE-JLW   Document 123   Filed 01/18/17   Page 20 of 47

55.     During the Senate floor debate on House Bill 263, a motion to divide the
question by Senator Gladys Robinson of Guilford County was tabled.  Motion to Divide,
House Bill 263, North Carolina General Assembly,
http://ncleg.net/Applications/BillLookUp/LoadBillDocument.aspx?SessionCode=2015&
DocNum=5225&SeqNum=0 (last visited Dec. 29, 2016).

56.     Individual senators' votes on House Bill 263 on second reading, broken
down by political party registration and race, were as follows:

| Senator | Vote | Party registration | Race |
|---------|------|--------------------|------|
| Alexander | Aye | Republican | White |
| Apodaca | Aye | Republican | White |
| B. Jackson | Aye | Republican | White |
| Barefoot | Aye | Republican | White |
| Barringer | Aye | Republican | White |
| Berger | Aye | Republican | White |
| Bingham | Aye | Republican | White |
| Brock | Aye | Republican | White |
| Brown | Aye | Republican | White |
| Cook | Aye | Republican | White |
| Curtis | Aye | Republican | White |
| Daniel | Aye | Republican | White |
| Gunn | Aye | Republican | White |
| Harrington | Aye | Republican | White |
| Hartsell | Aye | Republican | White |
| Hise | Aye | Republican | White |
| J. Davis | Aye | Republican | White |
| Krawiec | Aye | Republican | White |
| Lee | Aye | Republican | White |
| McInnis | Aye | Republican | White |
| Newton | Aye | Republican | White |
| Pate | Aye | Republican | White |
| Rabin | Aye | Republican | White |

21

| | | | |
|---|---|---|---|
| Randleman | Aye | Republican | White |
| Rucho | Aye | Republican | White |
| Sanderson | Aye | Republican | White |
| Soucek | Aye | Republican | White |
| Tarte | Aye | Republican | White |
| Tucker | Aye | Republican | White |
| Wade | Aye | Republican | White |
| Wells | Aye | Republican | White |
| Blue | No | Democrat | Black |
| Bryant | No | Democrat | Black |
| Clark | No | Democrat | Black |
| D. Davis | No | Democrat | Black |
| Ford | No | Democrat | Black |
| Foushee | No | Democrat | Black |
| J. Jackson | No | Democrat | White |
| Lowe | No | Democrat | Black |
| McKissick | No | Democrat | Black |
| Robinson | No | Democrat | Black |
| Smith | No | Democrat | White |
| Smith-Ingram | No | Democrat | Black |
| Stein | No | Democrat | White |
| Van Duyn | No | Democrat | White |
| Waddell | No | Democrat | Black |
| Woodard | No | Democrat | White |
| Meredith | Absent | Republican | White |
| Rabon | Absent | Republican | White |
| Tillman | Absent | Republican | White |

Senate Roll Call Vote, House Bill 263, North Carolina General Assembly,

http://ncleg.net/gascripts/voteHistory/RollCallVoteTranscript.pl?sSession=2015&sCham

ber=S&RCS=385 (last visited Dec. 29, 2016); NC Public Voter Search, North Carolina

State Board of Elections, https://vt.ncsbe.gov/voter_search_public (last visited Dec. 29,

2016).

Case 1:15-cv-00559-CCE-JLW   Document 123   Filed 01/18/17   Page 22 of 47

57.    On June 16, 2015, House Bill 263 was sent to the House for its concurrence in the Senate's changes to the bill.  House Bill 263, North Carolina General Assembly, http://www.ncleg.net/gascripts/BillLookUp/BillLookUp.pl?Session=2015&BillID=hb+2 63&submitButton=Go (last visited Dec. 29, 2016).

58.    House Bill 263 was added to and subsequently withdrawn from the House calendar without a vote four times between June 16 and June 24, 2015.  *Id.*

59.    On June 29, 2015, Representative Pat Hurley's motion to concur in the Senate's changes to House Bill 263 was defeated 35-73.  *Id.*

60.    Individual House members' votes on the motion to concur in the Senate's changes to House Bill 263 were as follows:

| Representative | Vote | Party Registration | Race |
|---|---|---|---|
| Arp | Aye | Republican | White |
| Avila | Aye | Republican | White |
| Bishop | Aye | Republican | White |
| Boles | Aye | Republican | White |
| Brawley | Aye | Republican | White |
| Brody | Aye | Republican | White |
| Cleveland | Aye | Republican | White |
| Collins | Aye | Republican | White |
| Conrad | Aye | Republican | White |
| Daughtry | Aye | Republican | White |
| Dixon | Aye | Republican | White |
| Dollar | Aye | Republican | White |
| Elmore | Aye | Republican | White |
| Faircloth | Aye | Republican | White |
| Ford | Aye | Republican | White |
| Horn | Aye | Republican | White |
| Howard | Aye | Republican | White |
| Hurley | Aye | Republican | White |

23

| | | | |
|---|---|---|---|
| Iler | Aye | Republican | White |
| J. Bell | Aye | Republican | White |
| Jones | Aye | Republican | White |
| Lewis | Aye | Republican | White |
| McElraft | Aye | Republican | White |
| McGrady | Aye | Republican | White |
| McNeill | Aye | Republican | White |
| Millis | Aye | Republican | White |
| Presnell | Aye | Republican | White |
| R. Brown | Aye | Republican | White |
| R. Turner | Aye | Republican | White |
| Schaffer | Aye | Republican | White |
| Shepard | Aye | Republican | White |
| Stam | Aye | Republican | White |
| Torbett | Aye | Republican | White |
| Warren | Aye | Republican | White |
| Whitmire | Aye | Republican | White |
| Tine | No | Unaffiliated | White |
| Adams | No | Republican | White |
| B. Brown | No | Republican | White |
| Blackwell | No | Republican | White |
| Blust | No | Republican | White |
| Bradford | No | Republican | White |
| Bryan | No | Republican | White |
| Bumgardner | No | Republican | White |
| Burr | No | Republican | White |
| Catlin | No | Republican | White |
| Davis | No | Republican | White |
| Dobson | No | Republican | White |
| Fraley | No | Republican | White |
| Hardister | No | Republican | White |
| Hastings | No | Republican | White |
| Holloway | No | Republican | White |
| Jeter | No | Republican | White |
| L. Johnson | No | Republican | White |
| Jordan | No | Republican | White |
| Lambeth | No | Republican | White |
| Langdon | No | Republican | White |

Case 1:15-cv-00559-CCE-JLW   Document 123   Filed 01/18/17   Page 24 of 47

| | | | |
|---|---|---|---|
| Malone | No | Republican | White |
| Pendleton | No | Republican | White |
| Pittman | No | Republican | White |
| Robinson | No | Republican | White |
| Ross | No | Republican | White |
| S. Martin | No | Republican | White |
| Saine | No | Republican | White |
| Setzer | No | Republican | White |
| Speciale | No | Republican | White |
| Steinburg | No | Republican | White |
| Stevens | No | Republican | White |
| Szoka | No | Republican | White |
| Watford | No | Republican | White |
| Zachary | No | Republican | White |
| Adcock | No | Democrat | White |
| Ager | No | Democrat | White |
| Alexander | No | Democrat | Black |
| B. Richardson | No | Democrat | Black |
| B. Turner | No | Democrat | White |
| Brisson | No | Democrat | White |
| Brockman | No | Democrat | Black |
| Carney | No | Democrat | White |
| Cotham | No | Democrat | White |
| Cunningham | No | Democrat | Black |
| D. Hall | No | Democrat | White |
| Earle | No | Democrat | Black |
| Farmer-Butterfield | No | Democrat | Black |
| Fisher | No | Democrat | White |
| Floyd | No | Democrat | Black |
| G. Graham | No | Democrat | Black |
| G. Martin | No | Democrat | White |
| Gill | No | Democrat | Black |
| Glazier | No | Democrat | White |
| Goodman | No | Democrat | White |
| Hanes | No | Democrat | Black |
| Harrison | No | Democrat | White |
| Holley | No | Democrat | Black |

25

| | | | |
|---|---|---|---|
| Insko | No | Democrat | White |
| Jackson | No | Democrat | White |
| L. Bell | No | Democrat | Black |
| L. Hall | No | Democrat | Black |
| Luebke | No | Democrat | White |
| Meyer | No | Democrat | White |
| Michaux | No | Democrat | Black |
| Pierce | No | Democrat | Black |
| Queen | No | Democrat | White |
| R. Johnson | No | Democrat | Black |
| R. Moore | No | Democrat | Black |
| Salmon | No | Democrat | White |
| Terry | No | Democrat | Black |
| Willingham | No | Democrat | Black |
| Wray | No | Democrat | White |
| T. Moore | Not Voting | Republican | White |
| Riddell | Not Voting | Republican | White |
| Baskerville | Not Voting | Democrat | Black |
| Hager | Absent | Republican | White |
| West | Absent | Republican | White |
| Yarborough | Absent | Republican | White |
| C. Graham | Absent | Democrat | Indian American |
| Hamilton | Absent | Democrat | White |
| Hunter | Absent | Democrat | Black |
| Lucas | Absent | Democrat | Black |
| Reives | Absent | Democrat | Black |
| Waddell | Absent | Democrat | White |

House Roll Call Vote, House Bill 263, North Carolina General Assembly,

http://ncleg.net/gascripts/voteHistory/RollCallVoteTranscript.pl?sSession=2015&sCham

ber=H&RCS=811 (last visited Dec. 29, 2016); NC Public Voter Search, North Carolina

Case 1:15-cv-00559-CCE-JLW   Document 123   Filed 01/18/17   Page 26 of 47

State Board of Elections, https://vt.ncsbe.gov/voter_search_public (last visited Dec. 29, 2016).

*Conference report for House Bill 263*

61. On June 29 and 30, respectively, House Speaker Tim Moore and Senate President Pro Tempore Phil Berger appointed conference committee members to resolve the House and Senate's differences on House Bill 263. *Id.*

62. The conference committee members, their party affiliations and races, the counties in which they reside, and their votes on second reading or concurrence for the amended House Bill 263 were as follows:

| Member | Vote | Party registration | Race | County |
|---|---|---|---|---|
| Sen. Andrew Brock | Aye | Republican | White | Davie |
| Sen. Bob Rucho | Aye | Republican | White | Mecklenburg |
| Sen. Trudy Wade | Aye | Republican | White | Guilford |
| Rep. John Blust | No | Republican | White | Guilford |
| Rep. John Faircloth | Aye | Republican | White | Guilford |
| Rep. Mike Hager | Absent | Republican | White | Rutherford |
| Rep. Pat Hurley | Aye | Republican | White | Randolph |
| Rep. Pat McElraft | Aye | Republican | White | Carteret |

*See* Conferees for House Bill 263: City Elections/Trinity and Greensboro, North Carolina General Assembly, http://ncleg.net/gascripts/confcomm/confcommittee.pl?BillChamber=H&BillID=263&session=2015&current=false (last visited Dec. 29, 2016); NC Public Voter Search, North

Carolina State Board of Elections, https://vt.ncsbe.gov/voter_search_public (last visited Dec. 29, 2016).

63. On July 1, 2015, the conference committee for House Bill 263 publicly released a conference committee substitute bill that created eight single-member districts for the Greensboro City Council and provided that "the City of Greensboro shall not alter or amend the form of government for the City." House Bill 263, Proposed Conference Committee Substitute Bill, North Carolina General Assembly, http://www.ncleg.net/Applications/BillLookUp/LoadBillDocument.aspx?SessionCode=2015&DocNum=5618&SeqNum=0 (last visited Dec. 29, 2016).

64. A map of the eight single-member districts under the conference committee substitute bill for House Bill 263 is as follows:



Greensboro City Council Proposed Districts, Conference Report for HB 263, North Carolina General Assembly, http://www.ncleg.net/Applications/BillLookUp/LoadBillDocument.aspx?SessionCode=2015&DocNum=5583&SeqNum=3 (last visited Dec. 29, 2016).

65.     Under the conference committee substitute bill for House Bill 263, population deviations and racial composition of each district are as follows:

| District | White VAP | Black VAP[1] | Hispanic VAP | Deviation |
|---|---|---|---|---|
| 1 | 19.34% | 73.89% | 5.24% | +4.37% |
| 2 | 29.28% | 62.15% | 6.90% | -3.68% |
| 3 | 73.35% | 19.07% | 4.42% | -3.03% |
| 4 | 20.95% | 72.74% | 6.72% | +2.87% |
| 5 | 63.81% | 27.28% | 6.18% | -0.09% |
| 6 | 43.04% | 40.61% | 13.52% | +4.57% |
| 7 | 81.05% | 12.77% | 4.20% | -3.56% |
| 8 | 82.22% | 13.60% | 2.56% | -1.46% |

Stat Pack for Conference Report to House Bill 263 at 1, 2, North Carolina General Assembly (July 1, 2015), http://ncleg.net/Applications/BillLookUp/LoadBillDocument.aspx?SessionCode=2015&DocNum=5583&SeqNum=2.

66.     The eight single-member districts created under the conference committee substitute bill for House Bill 263 reassign incumbent council members to districts as follows:

| Name | Race | Elected in District | New District |
|---|---|---|---|
| Sharon Hightower | Black | 1 | 1 |

---

[1] "Black VAP" includes mixed-race black residents.

29

| Justin Outling | Black | 3 | 1 |
|---|---|---|---|
| Jamal Fox | Black | 2 | 2 |
| Yvonne Johnson | Black | At-Large | 2 |
| Nancy Hoffman | White | 4 | 3 |
| Mike Barber | White | At-Large | 3 |
| Tony Wilkins | White | 5 | 5 |
| Marikay Abuzuaiter | White | At-Large | 8 |
| Nancy Vaughan | White | Mayor | Mayor |

*Compare* House Bill 263, Proposed Conference Committee Substitute Bill, North

Carolina General Assembly,

http://www.ncleg.net/Applications/BillLookUp/LoadBillDocument.aspx?SessionCode=2

015&DocNum=5618&SeqNum=0 (last visited Dec. 29, 2016) *with* City Council,

http://www.greensboro-nc.gov/index.aspx?page=84 (last visited Dec. 29, 2016) *and* NC

Public Voter Search, North Carolina State Board of Elections, https://vt.ncsbe.gov/

voter_search_public (last visited Dec. 29, 2016).

    67.    The conference committee substitute bill for House Bill 263 provided that:

>  Notwithstanding Part 4 of Article 5 of Chapter 160A of the General
>  Statutes and G.S. 160A-23, the City of Greensboro shall not alter or amend
>  the form of government for the City.  Upon the return of the 2020 federal
>  decennial census, the North Carolina General Assembly shall revise the
>  districts set out in this section, if needed.  The City of Greensboro may
>  submit proposed changes to the districts set out in this section to the North
>  Carolina General Assembly.

House Bill 263, Proposed Conference Committee Substitute at Section 2.(b),

North Carolina General Assembly (July 1, 2015),

http://www.ncleg.net/Applications/BillLookUp/LoadBillDocument.aspx?SessionC

ode=2015&DocNum=5581&SeqNum=0.

68. On the morning of July 2, 2015, the House debated the conference committee substitute bill for House Bill 263 and voted 53-50 not to adopt the conference report. *See* Transcript of July 2, 2015 House Floor Debate.

69. Individual House members' initial votes on the conference report, broken down by political party registration and race, were as follows:

| Representative | Vote | Party Registration | Race |
|---|---|---|---|
| Arp | Aye | Republican | White |
| Avila | Aye | Republican | White |
| B. Brown | Aye | Republican | White |
| Bishop | Aye | Republican | White |
| Boles | Aye | Republican | White |
| Brawley | Aye | Republican | White |
| Brody | Aye | Republican | White |
| Bryan | Aye | Republican | White |
| Burr | Aye | Republican | White |
| Cleveland | Aye | Republican | White |
| Collins | Aye | Republican | White |
| Conrad | Aye | Republican | White |
| Daughtry | Aye | Republican | White |
| Dixon | Aye | Republican | White |
| Dollar | Aye | Republican | White |
| Faircloth | Aye | Republican | White |
| Ford | Aye | Republican | White |
| Hager | Aye | Republican | White |
| Hardister | Aye | Republican | White |
| Hastings | Aye | Republican | White |
| Horn | Aye | Republican | White |
| Howard | Aye | Republican | White |
| Hurley | Aye | Republican | White |
| Iler | Aye | Republican | White |
| J. Bell | Aye | Republican | White |
| Jones | Aye | Republican | White |

Case 1:15-cv-00559-CCE-JLW   Document 123   Filed 01/18/17   Page 31 of 47

| | | | |
|---|---|---|---|
| Jordan | Aye | Republican | White |
| L. Johnson | Aye | Republican | White |
| Lambeth | Aye | Republican | White |
| Langdon | Aye | Republican | White |
| Lewis | Aye | Republican | White |
| Malone | Aye | Republican | White |
| McElraft | Aye | Republican | White |
| McGrady | Aye | Republican | White |
| McNeill | Aye | Republican | White |
| Millis | Aye | Republican | White |
| Pendleton | Aye | Republican | White |
| Presnell | Aye | Republican | White |
| R. Brown | Aye | Republican | White |
| R. Turner | Aye | Republican | White |
| Robinson | Aye | Republican | White |
| S. Martin | Aye | Republican | White |
| Shepard | Aye | Republican | White |
| Stam | Aye | Republican | White |
| Szoka | Aye | Republican | White |
| T. Moore | Aye | Republican | White |
| Torbett | Aye | Republican | White |
| Warren | Aye | Republican | White |
| Whitmire | Aye | Republican | White |
| Zachary | Aye | Republican | White |
| Adams | No | Republican | White |
| Blackwell | No | Republican | White |
| Blust | No | Republican | White |
| Bradford | No | Republican | White |
| Bumgardner | No | Republican | White |
| Catlin | No | Republican | White |
| Dobson | No | Republican | White |
| Fraley | No | Republican | White |
| Holloway | No | Republican | White |
| Jeter | No | Republican | White |
| Pittman | No | Republican | White |
| Riddell | No | Republican | White |
| Ross | No | Republican | White |
| Saine | No | Republican | White |

| Setzer | No | Republican | White |
|---|---|---|---|
| Speciale | No | Republican | White |
| Stevens | No | Republican | White |
| Watford | No | Republican | White |
| Adcock | No | Democrat | White |
| Ager | No | Democrat | White |
| Alexander | No | Democrat | Black |
| B. Richardson | No | Democrat | Black |
| B. Turner | No | Democrat | White |
| Brockman | No | Democrat | Black |
| D. Hall | No | Democrat | White |
| Farmer-Butterfield | No | Democrat | Black |
| Fisher | No | Democrat | White |
| Floyd | No | Democrat | Black |
| G. Graham | No | Democrat | Black |
| G. Martin | No | Democrat | White |
| Gill | No | Democrat | Black |
| Glazier | No | Democrat | White |
| Hamilton | No | Democrat | White |
| Hanes | No | Democrat | Black |
| Harrison | No | Democrat | White |
| Holley | No | Democrat | Black |
| Hunter | No | Democrat | Black |
| Insko | No | Democrat | White |
| Jackson | No | Democrat | White |
| L. Bell | No | Democrat | Black |
| L. Hall | No | Democrat | Black |
| Lucas | No | Democrat | Black |
| Luebke | No | Democrat | White |
| Michaux | No | Democrat | Black |
| Pierce | No | Democrat | Black |
| Queen | No | Democrat | White |
| R. Johnson | No | Democrat | Black |
| R. Moore | No | Democrat | Black |
| Salmon | No | Democrat | White |
| Terry | No | Democrat | Black |
| Waddell | No | Democrat | White |
| Willingham | No | Democrat | Black |

33

| | | | |
|---|---|---|---|
| Wray | No | Democrat | White |
| Steinburg | Not Voting | Republican | White |
| Baskerville | Not Voting | Democrat | Black |
| Tine | Absent | Unaffiliated | White |
| Davis | Absent | Republican | White |
| Elmore | Absent | Republican | White |
| Schaffer | Absent | Republican | White |
| West | Absent | Republican | White |
| Yarborough | Absent | Republican | White |
| Brisson | Absent | Democrat | White |
| C. Graham | Absent | Democrat | Indian American |
| Carney | Absent | Democrat | White |
| Cotham | Absent | Democrat | White |
| Cunningham | Absent | Democrat | Black |
| Earle | Absent | Democrat | Black |
| Goodman | Absent | Democrat | White |
| Meyer | Absent | Democrat | White |
| Reives | Absent | Democrat | Black |

House Roll Call on Committee Report Adoption, House Bill 263, North Carolina General

Assembly,

http://www.ncleg.net/gascripts/voteHistory/RollCallVoteTranscript.pl?sSession=2015&s

Chamber=H&RCS=824 (last visited Dec. 30, 2016); NC Voter Lookup, North Carolina

State Board of Elections, http://www.ncsbe.gov/webapps/voter_search (last visited Dec.

30, 2016).

      70.    Following the House's vote not to adopt the conference report, the House

recessed and Republican members of the House caucused. *See* Transcript of July 2, 2015

House Floor Debate.

Case 1:15-cv-00559-CCE-JLW   Document 123   Filed 01/18/17   Page 34 of 47

71.     During the House recess, the Senate, which was then in session, also called a recess.  *See* Transcript of July 2, 2015 Senate Floor Debate.

72.     When the House returned from recess, Representative Charles Jeter of Mecklenburg County made a motion to reconsider the conference report for House Bill 263.  *See* Transcript of July 2, 2015 House Floor Debate.

73.     Following Representative Charles Jeter's motion to reconsider, Representative David Lewis of Harnett County made a motion to put Representative Jeter's motion to reconsider to an immediate vote, in lieu of further debate.  *Id.* Representative Jeter's motion to reconsider then passed 59-46.  House Bill 263, North Carolina General Assembly, http://www.ncleg.net/gascripts/BillLookUp/BillLookUp.pl?Session=2015&BillID=hb+263&submitButton=Go (last visited Dec. 29, 2016).

74.     Following the House vote on the motion to reconsider, Representative Lewis made a motion to put adoption of the conference report for House Bill 263 to an immediate vote, in lieu of debate.  *See* Transcript of July 2, 2015 House Floor Debate. The conference report was then adopted 57-46.  House Bill 263, North Carolina General Assembly, http://www.ncleg.net/gascripts/BillLookUp/BillLookUp.pl?Session=2015&BillID=hb+263&submitButton=Go (last visited Dec. 29, 2016).

75.     Individual House members' second votes on the conference report, broken down by political party registration and race, were as follows:

35

| Representative | Vote | Party Registration | Race |
|---|---|---|---|
| Adams | Aye | Republican | White |
| Arp | Aye | Republican | White |
| Avila | Aye | Republican | White |
| B. Brown | Aye | Republican | White |
| Bishop | Aye | Republican | White |
| Blackwell | Aye | Republican | White |
| Boles | Aye | Republican | White |
| Bradford | Aye | Republican | White |
| Brawley | Aye | Republican | White |
| Brody | Aye | Republican | White |
| Bryan | Aye | Republican | White |
| Burr | Aye | Republican | White |
| Cleveland | Aye | Republican | White |
| Collins | Aye | Republican | White |
| Conrad | Aye | Republican | White |
| Daughtry | Aye | Republican | White |
| Dixon | Aye | Republican | White |
| Dollar | Aye | Republican | White |
| Faircloth | Aye | Republican | White |
| Ford | Aye | Republican | White |
| Fraley | Aye | Republican | White |
| Hager | Aye | Republican | White |
| Hastings | Aye | Republican | White |
| Horn | Aye | Republican | White |
| Howard | Aye | Republican | White |
| Hurley | Aye | Republican | White |
| Iler | Aye | Republican | White |
| J. Bell | Aye | Republican | White |
| Jeter | Aye | Republican | White |
| Jones | Aye | Republican | White |
| Jordan | Aye | Republican | White |
| L. Johnson | Aye | Republican | White |
| Langdon | Aye | Republican | White |
| Lewis | Aye | Republican | White |
| Malone | Aye | Republican | White |
| McElraft | Aye | Republican | White |

| | | | |
|---|---|---|---|
| McGrady | Aye | Republican | White |
| McNeill | Aye | Republican | White |
| Millis | Aye | Republican | White |
| Pendleton | Aye | Republican | White |
| Pittman | Aye | Republican | White |
| Presnell | Aye | Republican | White |
| R. Brown | Aye | Republican | White |
| R. Turner | Aye | Republican | White |
| Robinson | Aye | Republican | White |
| S. Martin | Aye | Republican | White |
| Saine | Aye | Republican | White |
| Shepard | Aye | Republican | White |
| Speciale | Aye | Republican | White |
| Stam | Aye | Republican | White |
| Szoka | Aye | Republican | White |
| T. Moore | Aye | Republican | White |
| Torbett | Aye | Republican | White |
| Warren | Aye | Republican | White |
| Whitmire | Aye | Republican | White |
| Zachary | Aye | Republican | White |
| Blust | No | Republican | White |
| Bumgardner | No | Republican | White |
| Dobson | No | Republican | White |
| Hardister | No | Republican | White |
| Holloway | No | Republican | White |
| Lambeth | No | Republican | White |
| Riddell | No | Republican | White |
| Ross | No | Republican | White |
| Setzer | No | Republican | White |
| Watford | No | Republican | White |
| Adcock | No | Democrat | White |
| Ager | No | Democrat | White |
| Alexander | No | Democrat | Black |
| B. Richardson | No | Democrat | Black |
| B. Turner | No | Democrat | White |
| Baskerville | No | Democrat | Black |
| Brockman | No | Democrat | Black |
| D. Hall | No | Democrat | White |

37

| | | | |
|---|---|---|---|
| Farmer-Butterfield | No | Democrat | Black |
| Fisher | No | Democrat | White |
| Floyd | No | Democrat | Black |
| G. Graham | No | Democrat | Black |
| G. Martin | No | Democrat | White |
| Gill | No | Democrat | Black |
| Glazier | No | Democrat | White |
| Hamilton | No | Democrat | White |
| Hanes | No | Democrat | Black |
| Harrison | No | Democrat | White |
| Holley | No | Democrat | Black |
| Hunter | No | Democrat | Black |
| Insko | No | Democrat | White |
| Jackson | No | Democrat | White |
| L. Bell | No | Democrat | Black |
| L. Hall | No | Democrat | Black |
| Lucas | No | Democrat | Black |
| Luebke | No | Democrat | White |
| Michaux | No | Democrat | Black |
| Pierce | No | Democrat | Black |
| Queen | No | Democrat | White |
| R. Johnson | No | Democrat | Black |
| R. Moore | No | Democrat | Black |
| Salmon | No | Democrat | White |
| Terry | No | Democrat | Black |
| Waddell | No | Democrat | White |
| Willingham | No | Democrat | Black |
| Wray | No | Democrat | White |
| Steinburg | Not Voting | Republican | White |
| Stevens | Not Voting | Republican | White |
| Tine | Absent | Unaffiliated | White |
| Catlin | Absent | Republican | White |
| Davis | Absent | Republican | White |
| Elmore | Absent | Republican | White |
| Schaffer | Absent | Republican | White |
| West | Absent | Republican | White |

38

| Yarborough | Absent | Republican | White |
|---|---|---|---|
| Brisson | Absent | Democrat | White |
| C. Graham | Absent | Democrat | Indian American |
| Carney | Absent | Democrat | White |
| Cotham | Absent | Democrat | White |
| Cunningham | Absent | Democrat | Black |
| Earle | Absent | Democrat | Black |
| Goodman | Absent | Democrat | White |
| Meyer | Absent | Democrat | White |
| Reives | Absent | Democrat | Black |

Second House Roll Call on Committee Report Adoption, House Bill 263, North Carolina General Assembly, http://www.ncleg.net/gascripts/voteHistory/RollCallVoteTranscript.pl?sSession=2015&sChamber=H&RCS=830 (last visited Dec. 30, 2016); NC Voter Lookup, North Carolina State Board of Elections, http://www.ncsbe.gov/webapps/voter_search (last visited Dec. 30, 2016).

76. Following the House's vote to adopt the conference report for House Bill 263, the Senate also voted on July 2, 2015 to adopt the conference report. House Bill 263, North Carolina General Assembly, http://www.ncleg.net/gascripts/BillLookUp/BillLookUp.pl?Session=2015&BillID=hb+263&submitButton=Go (last visited Dec. 29, 2016).

77. Individual Senate members' votes on the conference report, broken down by political party registration and race, were as follows:

| Senator | Vote | Party registration | Race |
|---|---|---|---|
| Alexander | Aye | Republican | White |

Case 1:15-cv-00559-CCE-JLW Document 123 Filed 01/18/17 Page 39 of 47

| | | | |
|---|---|---|---|
| Apodaca | Aye | Republican | White |
| B. Jackson | Aye | Republican | White |
| Barefoot | Aye | Republican | White |
| Barringer | Aye | Republican | White |
| Berger | Aye | Republican | White |
| Bingham | Aye | Republican | White |
| Brock | Aye | Republican | White |
| Brown | Aye | Republican | White |
| Cook | Aye | Republican | White |
| Curtis | Aye | Republican | White |
| Daniel | Aye | Republican | White |
| Gunn | Aye | Republican | White |
| Harrington | Aye | Republican | White |
| Hartsell | Aye | Republican | White |
| Hise | Aye | Republican | White |
| J. Davis | Aye | Republican | White |
| Krawiec | Aye | Republican | White |
| Lee | Aye | Republican | White |
| McInnis | Aye | Republican | White |
| Meredith | Aye | Republican | White |
| Newton | Aye | Republican | White |
| Pate | Aye | Republican | White |
| Rabin | Aye | Republican | White |
| Randleman | Aye | Republican | White |
| Rucho | Aye | Republican | White |
| Sanderson | Aye | Republican | White |
| Soucek | Aye | Republican | White |
| Tarte | Aye | Republican | White |
| Tillman | Aye | Republican | White |
| Tucker | Aye | Republican | White |
| Wade | Aye | Republican | White |
| Wells | Aye | Republican | White |
| Blue | No | Democrat | Black |
| Bryant | No | Democrat | Black |
| Clark | No | Democrat | Black |
| D. Davis | No | Democrat | Black |
| Ford | No | Democrat | Black |
| Foushee | No | Democrat | Black |

Case 1:15-cv-00559-CCE-JLW   Document 123   Filed 01/18/17   Page 40 of 47

| J. Jackson | No | Democrat | White |
|---|---|---|---|
| Lowe | No | Democrat | Black |
| McKissick | No | Democrat | Black |
| Robinson | No | Democrat | Black |
| Smith | No | Democrat | White |
| Smith-Ingram | No | Democrat | Black |
| Stein | No | Democrat | White |
| Van Duyn | No | Democrat | White |
| Waddell | No | Democrat | Black |
| Woodard | No | Democrat | White |
| Rabon | Absent | Republican | White |

Senate Roll Call on Committee Report Adoption, House Bill 263, North Carolina General

Assembly,

http://www.ncleg.net/gascripts/voteHistory/RollCallVoteTranscript.pl?sSession=2015&s

Chamber=S&RCS=507 (last visited Dec. 30, 2016).

78.     On July 2, 2015, House Bill 263 was ratified and chaptered as Session Law

2015-138.  House Bill 263, North Carolina General Assembly,

http://www.ncleg.net/gascripts/BillLookUp/BillLookUp.pl?Session=2015&BillID=hb+2

63&submitButton=Go (last visited Dec. 29, 2016).


*Technical corrections bill*

79.     On September 29, 2015, during the full House's consideration of Senate

Bill 119, short-titled "GSC Technical Corrections 2015," Representative John Faircloth

of Guilford County moved to amend Session Law 2015-138.  Senate Bill 119, North

Carolina General Assembly,

http://ncleg.net/gascripts/BillLookUp/BillLookUp.pl?Session=2015&BillID=s119&submitButton=Go (last visited Dec. 29, 2016).

80.     Representative Faircloth's amendment proposed to rewrite Section 2.(b) of Session Law 2015-138 to read, "Notwithstanding Part 4 of Article 5 of Chapter 160A of the General Statutes and G.S. 160A-23, the City of Greensboro shall not alter or amend the form of government for the City until after the return of the 2020 federal decennial Census."  Senate Bill 119, Amendment A1, North Carolina General Assembly (Sept. 29, 2015), http://www.ncleg.net/Applications/BillLookUp/LoadBillDocument.aspx?SessionCode=2015&DocNum=6582&SeqNum=0.

81.     Representative Faircloth's amendment was adopted 74-37, and Senate Bill 119 went on to be codified as Session Law 2015-264 on October 1, 2015.  *Id.*


*Annexation of property into the City of Greensboro*

82.     Property annexed into the City of Greensboro from 2010 to 2016 is geographically distributed as follows:

42



City of Greensboro Historical Annexations Map 2010-2016, City of Greensboro (2016).

83.     From 2010 to 2016, 190 occupied housing units and 1,411.5 acres were annexed into the City of Greensboro.  Annexations and Detachments During the Period January 2, 2010 Through July 1, 2016, City of Greensboro (2016).

84.     When the City of Greensboro annexes property into the city, the Guilford County Board of Elections assigns the property to an election district for the Greensboro City Council.  Def.'s Response to Individual Pls.' First Set of Interrogatories at 4.

85.     Staff at the County Board of Elections or County Geographic Information Systems (GIS) Department, under guidance from County Board of Elections staff,

43

receive annexation notices either individually or in bulk from the Office of the City Attorney.  *Id.*

86.     There is often a lag between annexations and the notice of annexation, especially when annexation notices are sent in bulk.  *Id.*

87.     Upon receipt of an annexation notice, county staff utilize the State Elections Information Management System (SEIMS) software to handle the annexed property.  *Id.*

88.     In the GeoCode editor of SEIMS, county staff either add, split, or append the newly annexed property to existing address points already in the system (for example, adding address 101 Main Street to the existing 1-100 Main Street).  *Id.*  If the newly annexed property is a satellite property, then the address point is simply added into the street file in SEIMS.  *Id.*

89.     If the newly annexed property is contiguous to existing City of Greensboro property, the new property is assigned to the same election district as the existing property.  *Id.*

90.     Satellite properties are assigned to the election district that is closest to existing city property and in the same precinct.  *Id.*

91.     A single newly annexed property, once the notice of annexation is received by county staff, takes approximately five minutes total to process for assignment to an election district.  *Id.*

*Authenticity of exhibits and publicly available documents*

92.     The parties stipulate that documents publicly available from government entities in either hard or electronic copy are admissible for evidentiary purposes even if such documents are not presented by the custodian.

93.     The parties stipulate that transcripts of legislative debates included on the Joint Trial Exhibit List, ECF No. 115, were prepared by an independent court reporting service using publicly available audio recordings provided by the North Carolina General Assembly and are admissible for evidentiary purposes even if such documents are not presented by the custodian.

94.     The parties stipulate that documents produced by members or staff of the North Carolina General Assembly are admissible for evidentiary purposes even if such documents are not presented by the custodian.

Respectfully submitted this 18th day of January, 2017.


/s/ Mark Payne
Mark Payne, County Attorney
N.C. State Bar No. 11046
GUILFORD COUNTY
ATTORNEY'S OFFICE
P.O. Box 3427
Greensboro, NC 27402
mpayne@co.guilford.nc.us

*Counsel for Defendant*

/s/ Bryan Starrett
Jim W. Phillips, Jr.
N.C. State Bar No. 12516
Julia C. Ambrose
N.C. State Bar No. 37534
Bryan Starrett
N.C. State Bar No. 40100
BROOKS, PIERCE, McLENDON,
HUMPHREY & LEONARD LLP
P.O. Box 26000
Greensboro, NC 27420-6000
jphillips@brookspierce.com

*Counsel for the City of Greensboro*


/s/ Emily E. Seawell
Anita S. Earls
N.C. State Bar No. 15597
Allison J. Riggs
N.C. State Bar No. 40028
Emily E. Seawell
N.C. State Bar No. 50207
Southern Coalition for Social Justice
1415 West Highway 54, Suite 101
Durham, NC 27707
Telephone: 919-323-3380, ext. 115
Facsimile: 919-323-3942
emily@southerncoalition.org

*Counsel for Individual Plaintiffs*

46

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has on this day electronically filed the

foregoing in the above-titled action with the Clerk of the Court using the CM/ECF

system, which will serve via electronic mail the following:

Mark Payne, County Attorney
GUILFORD COUNTY
ATTORNEY'S OFFICE
P.O. Box 3427
Greensboro, NC 27402
mpayne@co.guilford.nc.us

*Counsel for Defendant*

Jim W. Phillips, Jr.
jphillips@brookspierce.com
Julia C. Ambrose
jambrose@brookspierce.com
Bryan Starrett
bstarrett@brookspierce.com
BROOKS, PIERCE, McLENDON,
HUMPHREY & LEONARD LLP
P.O. Box 26000
Greensboro, NC 27420-6000

*Counsel for the City of Greensboro*

Respectfully submitted this 18th day of January, 2017.

/s/ Emily E. Seawell
Emily E. Seawell

*Counsel for Individual Plaintiffs*

47