IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| CITY OF GREENSBORO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:15-CV-559 |
| | ) | |
| GUILFORD COUNTY BOARD OF ELECTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT AND PERMANENT INJUNCTION

For the reasons given in the Court's memorandum opinions filed on April 3, 2017, Docs. 135, 136, it is hereby **ORDERED** and **ADJUDGED** that:

1. Section Two of North Carolina Session Law 2015-138, as amended by N.C. Sess. Laws 2015-264, § 85.5, violates equal protection as guaranteed by the Fourteenth Amendment to the United States Constitution and is declared unconstitutional and unenforceable in its entirety as it relates to the City of Greensboro and its citizens.

2. The plaintiffs' request for injunctive relief, Doc. 109 at p. 26 ¶ a, is **GRANTED**.

3. The defendant Guilford County Board of Elections and its agents, officers, and employees are **ENJOINED** from enforcing, implementing, or giving any effect to the entirety of Section Two of Session Law 2015-138, as amended by N.C. Sess. Laws 2015-264, § 85.5, as it concerns municipal elections in Greensboro.

4. Unless and until the Greensboro City Council or the General Assembly hereafter lawfully makes changes to election methods or municipal governmental structure, the defendant Guilford County Board of Elections **SHALL** conduct elections for Greensboro City Council using the electoral districts, method of election, and form of government that existed before the enactment of Session Law 2015-138, as amended by N.C. Sess. Laws 2015-264, § 85.5, as set out in the Charter and in the Code of Ordinances of the City of Greensboro. Specifically, five council members shall be elected to each represent a single district as those districts existed on July 1, 2015, three council members will be elected at-large, and the mayor will be elected at-large. Elections will proceed under the nonpartisan primary and election method of voting set forth in N.C. Gen. Stat. § 163-294. The filing periods for future elections for Greensboro City Council will follow N.C. Gen. Stat. § 163-294. In accordance with the referendum passed by the voters of the City of Greensboro in November 2015, councilmembers and the mayor will each be elected for terms of four years.

5. This judgment is final.

This the 13th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE