# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# CIVIL ACTION No. 1:15-cv-559

| | |
|---|---|
| THE CITY OF GREENSBORO, LEWIS A. BRANDON III, JOYCE JOHNSON, NELSON JOHNSON, RICHARD ALAN KORITZ, SANDRA SELF KORITZ, CHARLI MAE SYKES, MAURICE WARRREN II, and GEORGEANNA BUTLER WOMACK, *Plaintiffs*, v. THE GUILFORD COUNTY BOARD OF ELECTIONS, *Defendant*. | **NOTICE OF APPEAL** |

Notice is hereby given that Plaintiffs Lewis A. Brandon III, Joyce Johnson, Nelson Johnson, Richard Alan Koritz, Sandra Self Koritz, Charli Mae Sykes, Maurice Warren II, and Georganna Butler Womack hereby provide notice of their appeal to the United States Court of Appeals for the Fourth Circuit of this Court's Memorandum Opinion and Order entered in this action on the 3rd day of January, 2018 (ECF No. 169).

Respectfully submitted this the 29th day of January, 2018.

    /s/ Jaclyn A. Maffetore
    Allison J. Riggs
    N.C. State Bar No. 40028
    allison@southerncoalition.org

Jaclyn A. Maffetore  
N.C. State Bar No. 50849  
jaclyn@southerncoalition.org  
SOUTHERN COALITION  
FOR SOCIAL JUSTICE  
1415 W. Highway 54, Suite 101  
Durham, NC 27707  
Telephone: 919-323-3380  
Facsimile: 919-323-3942  

*Counsel for Individual Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing NOTICE OF APPEAL with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel and parties of record.

This the 29th of January, 2018.

          /s/ Jaclyn A. Maffetore
          Jaclyn A. Maffetore
          N.C. State Bar No. 50849
          jaclyn@southerncoalition.org
          SOUTHERN COALITION
          FOR SOCIAL JUSTICE
          1415 W. Highway 54, Suite 101
          Durham, NC 27707
          Telephone: 919-323-3380
          Facsimile: 919-323-3942

          *Counsel for Individual Plaintiffs*