FILED: April 15, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-1123
(1:15-cv-00559-CCE-JLW)

_____

LEWIS A. BRANDON, III; JOYCE JOHNSON; NELSON JOHNSON; RICHARD ALAN KORITZ; SANDRA SELF KORITZ; CHARLI MAE SYKES; MAURICE WARREN, II; GEORGEANNA BUTLER WOMACK

      Plaintiffs - Appellants

 and

THE CITY OF GREENSBORO

      Plaintiff

v.

GUILFORD COUNTY BOARD OF ELECTIONS

      Defendant - Appellee

 and

MELVIN ALSTON; JEAN BROWN; HURLEY DERRICKSON; STEPHEN GOLIMOWSKI; WAYNE GOODSON; SHARON KASICA; JIM KEE; WILLIAM CLARK PORTER; EARL JONES

      Defendants

 and

ROBERT A. RUCHO; WADE TRUDY; JOHN FAIRCLOTH; JON HARDISTER; CHARLES E. JETER; TIM MOORE; DAVID LEWIS; ERIKA CHURCHILL

        Respondents

_____

## J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is reversed. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                          /s/ PATRICIA S. CONNOR, CLERK