IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CASE No. 1:15-CV-559

| | |
|---|---|
| THE CITY OF GREENSBORO, LEWIS A. BRANDON III, JOYCE JOHNSON, NELSON JOHNSON, RICHARD ALAN KORITZ, SANDRA SELF KORITZ, AND CHARLI MAE SYKES, <br><br>  Plaintiffs, <br><br> v. <br><br> GUILFORD COUNTY BOARD OF ELECTIONS, <br><br>  Defendant. | **JOINT STATUS REPORT** |

The Individual Plaintiffs and Defendant Guilford County Board of Elections jointly and respectfully submit this status report pursuant to the Order of 2 August 2019 (Dkt. 180). As a result of ongoing negotiations, the parties have reached an agreement in principle to resolve their dispute regarding the Individual Plaintiffs' request for an award of attorneys' fees and costs. This agreement is subject to funding approval from the Guilford County Board of Commissioners. The parties propose that the Court allow them 60 days to complete this process. If this proposal is satisfactory to the Court, then within 60 days, Individual Plaintiffs will file a voluntary dismissal with prejudice of all remaining issues in this case, *to wit*: those issues raised in their Bill of Costs (Dkt. 146) and Motion for Attorneys' Fees, Expert Fees, and Litigation Expenses (Dkt. 147). In the event the process has not been completed so that a dismissal can be filed within 60 days,

the parties will submit a further status report by the deadline. The parties appreciate the Court's patience during the negotiation process, and will provide any additional information that the Court may request in connection with its consideration of this status report and the parties' proposal.

This the 12th day of September, 2019.

/s/ Stephen M. Russell, Jr.
Alan W. Duncan
N.C. State Bar No. 8736
Stephen M. Russell, Jr.
N.C. State Bar No. 35552
Mullins Duncan Harrell & Russell PLLC
300 N. Greene St., Suite 2000
Greensboro, NC 27401
Phone: 336-645-3320
Fax: 336-645-3330
aduncan@mullinsduncan.com
srussell@mullinsduncan.com
*Counsel for Defendant*

/s/ J. Mark Payne
J. Mark Payne (N.C.S.B. No. 11046)
Guilford County Attorney
301 W. Market Street
P.O. Box 3427
Greensboro, NC 27402-3427
Phone: 336-641-3852
Fax:   336-641-3642
mpayne@co.guilford.nc.us
*Counsel for Defendant*

/s/ Allison J. Riggs
Allison J. Rigs
N.C. State Bar No. 40028
allison@southerncoalition.org
Jeffrey Loperfido
N.C. State Bar No. 52939
jeffloperfido@scsj.org
Southern Coalition for Social Justice
1415 W. Highway 54, Suite 101
Durham, NC 27707
Phone: 919-323-3380
*Counsel for Individual Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was electronically filed via the Court's ECF system, which will provide notice of filing to counsel of record.

This the 12th day of September, 2019.

/s/ Stephen M. Russell, Jr.
Stephen M. Russell, Jr.
