IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION No. 1:15-CV-559

| | |
|---|---|
| THE CITY OF GREENSBORO, LEWIS A. BRANDON III, JOYCE JOHNSON, NELSON JOHNSON, RICHARD ALAN KORITZ, SANDRA SELF KORITZ, CHARLI MAE SYKES, MAURICE WARREN II, and GEORGEANNA BUTLER WOMACK, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE GUILFORD COUNTY BOARD OF ELECTIONS, <br><br> *Defendant*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(2) of the Federal Rules of Civil Procedure and the agreement among the undersigned parties regarding any and all outstanding claims for attorneys' fees and costs arising from the above-captioned action, the undersigned parties hereby stipulate to the dismissal of the Citizen Plaintiffs' claims for attorneys' fees and costs arising from the trial court and appellate phases of the above-captioned action, including as reflected in Citizen Plaintiffs' Bill of Costs (Dkt. 146) and Motion for Attorneys' Fees, Expert Fees, and Litigation Expenses (Dkt. 147).

Respectfully submitted this 18th day of November, 2019.

By: /s/ Jeffrey Loperfido

Allison J. Riggs
N.C. State Bar No. 40028
allison@southerncoalition.org
Jeffrey Loperfido
N.C. State Bar No. 52939
jeff@southerncoaltion.org
Jaclyn Maffetore
N.C. State Bar No. 50849
jaclyn@southerncoaltion.org
SOUTHERN COALITION
FOR SOCIAL JUSTICE
1415 W. Highway 54, Suite 101
Durham, NC 27707
Telephone: 919-323-3380
Facsimile: 919-323-3942

*Counsel for Citizen Plaintiffs*

By: /s/ J. Mark Payne

J. Mark Payne
N.C. State Bar. No. 11046
GUILFORD COUNTY
ATTORNEY'S OFFICE
P.O. Box 3427
Greensboro, NC 27402
mpayne@co.guilford.nc.us

*Counsel for Defendant*

**SO ORDERED:**

_____
United States District Judge

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has on this day electronically filed the foregoing document using the Court's CM/ECF system, which will provide notice of filing to all counsel of record.

This, the 18th day of November, 2019

/s/ Jeffrey Loperfido
Jeffrey Loperfido

*Counsel for Individual Plaintiffs*