IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| THE CITY OF GREENSBORO, LEWIS A. BRANDON III, JOYCE JOHNSON, NELSON JOHNSON, RICHARD ALAN KORITZ, SANDRA SELF KORITZ, CHARLI MAE SYKES, MAURICE WARREN II, and GEORGEANNA BUTLER WOMACK, | ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiffs*, | ) ) | 1:15-CV-559 |
| v. | ) ) | |
| THE GUILFORD COUNTY BOARD OF ELECTIONS, | ) ) ) | |
| *Defendant*. | ) ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court on a Stipulation and Order for Dismissal With Prejudice filed by the Citizen Plaintiffs and Defendant Guilford County Board of Elections. That Stipulation is hereby **GRANTED AS REQUESTED**, and the Citizen Plaintiffs' outstanding claims for attorneys' fees and costs arising from the trial court and appellate phases of the above-captioned action are hereby **DISMISSED** with prejudice and all pending motions are terminated.

This the 22nd day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE